IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LEZARK, | ) |
| | ) |
| | ) 2:20-CV-00403-CCW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| I.C. SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW this 29th day of March, 2022, upon consideration of Defendant's Motion for Judgment on the Pleadings, *see* ECF No. 46; the Amended Complaint and the 540 Letter, on which the Amended Complaint explicitly relies, *see* ECF No. 36 and 46-1; and the briefing presented in support of and opposition to Defendant's Motion, and as set forth in the Court's Opinion regarding the same, ECF No. 60, it is hereby ORDERED that Defendant's Motion for Judgment on the Pleadings is GRANTED. Accordingly, Plaintiff's Amended Complaint, *see* ECF No. 36, is hereby DISMISSED, Plaintiff's Motion for Partial Summary Judgment is DENIED AS MOOT, and judgment will be entered in Defendant's favor.

IT IS SO ORDERED.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):
All Counsel of Record