IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LEZARK,<br><br>   Plaintiff,<br><br> v.<br><br>I.C. SYSTEM, INC.,<br><br>   Defendant. | **2:20-CV-00403-CCW** |

# JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in favor of Defendant, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 29th day of March, 2022.

              BY THE COURT:

              /s/ Christy Criswell Wiegand
              CHRISTY CRISWELL WIEGAND
              United States District Judge

cc (via ECF email notification):
All Counsel of Record